# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Uko Udofia, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>City of Phoenix, *et al.*,<br><br>　　　　Defendants. | No. CV-22-00302-PHX-JJT<br><br>**ORDER** |

Pursuant to the Parties' Amended Stipulation to Extend Time for Defendant Steve Mead to Respond to Plaintiffs' Complaint (Doc. 7) and good cause appearing,

IT IS ORDERED granting the Parties' Amended Stipulation to Extend Time for Defendant Steve Mead to Respond to Plaintiffs' Complaint (Doc. 7).

IT IS FURTHER ORDERED that Defendant Steve Mead shall file an answer or otherwise respond to Plaintiff's Complaint (Doc. 1-3) by April 4, 2022.

Dated this 9th day of March, 2022.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge